IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Civil Division*

| | |
|---|---|
| THE POOLE AND KENT CORPORATION | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No.: AMD 02 CV 206 ) |
| McCARTHY BUILDING COMPANIES, INC. (f/k/a McCarthy Brothers Co.) | ) ) ) ) |
| Defendant. | ) |

## CONSENT STIPULATION EXTENDING TIME TO SUBMIT RESPONSIVE PLEADINGS

COME NOW, Defendant McCarthy Building Companies, Inc. ("McCarthy") and Plaintiff The Poole and Kent Corporation ("Poole and Kent"), and hereby submit this Consent Stipulation.

1. On or about January 22, 2002, Poole and Kent filed its Complaint in the above-captioned matter.

2. Counsel for both parties have agreed to extend the deadline for the filing of an answer and/or responsive pleading by McCarthy, to and including Friday, March 15, 2002, in order to facilitate discussions between the parties regarding possible settlement.

3. The March 15th date in this Consent Stipulation does not prejudice any party to this lawsuit or affect any schedule as none has yet been issued by the Court.

2/14/2002 APPROVED
[signature]

Respectfully submitted,

_____
Laurence Schor, Esquire
Gregory H. Koger, Esquire
McManus, Schor, Asmar & Darden, LLP
1301 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260
(202) 659-3732  (fax)

*Counsel for McCarthy Building Companies, Inc.*

_____
Robert F. Carney, Esquire
Cynthia Rodgers-Waire, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland
(410) 347-8700

*Counsel for The Poole and Kent Corp.*

02/13/2002 13:28 FAX 410 347 9412   WTP L.L.P.   ☒006
Feb-12-2002 03:50pm  From-                                    T-322  P.005/005  F-335

Respectfully submitted,

_____
Laurence Schor, Esquire
Gregory H. Koger, Esquire
McManus, Schor, Asmar & Darden, LLP
1301 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260
(202) 659-3732 (fax)

*Counsel for McCarthy Building Companies, Inc.*

_____
Robert F. Carney, Esquire
Cynthia Rodgers-Waire, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland
(410) 347-8700

*Counsel for The Poole and Kent Corp.*