IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE POOLE & KENT CORPORATION | * |
| Plaintiff | * |
| v. | *   Civil No.: AMD 02-CV-206 |
| McCARTHY BUILDING COMPANIES, INC. f/k/a McCARTHY BROTHERS COMPANY | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION EXTENDING TIME
TO RESPOND TO MOTION TO DISMISS**

Plaintiff, The Poole & Kent Corporation, by its undersigned counsel, and Defendant, McCarthy Building Companies, Inc., by its undersigned counsel, hereby stipulate and agree to a one week extension of time for Plaintiff to file a response to Defendant's Motion to Dismiss. Pursuant to the parties' stipulation, the Plaintiff's response shall be filed on or before Monday, April 8, 2002.

_____
Robert F. Carney (Fed. No. 07965)
Michael A. Stover (Fed. No. 10497)
Whiteford, Taylor & Preston
7 Saint Paul Street
Suite 1300
Baltimore, Maryland 21202
(410) 347-8752
(410) 347-9412 (fax)

Attorneys for Plaintiff
The Poole & Kent Corporation

_____
Laurence Schor (Fed. No. 22500)
Gregory H. Koger (Fed. No. 22499)
McManus, Schor, Asmar & Darden
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260
(202) 659-3732 (fax)

Attorneys for Defendant
McCarthy Building Companies, Inc.

## **ORDER**

The Stipulation of the parties having been reviewed and considered is hereby approved. The response of the Plaintiff to the Defendants' Motion to Dismiss shall be filed on or before April 8, 2002.

Date 3/29/2002

_____
Andre M. Davis
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March 2002, a copy of the foregoing Stipulation was mailed first class, postage prepaid to Laurence Schor, Esquire, Gregory H. Koger, Esquire, McManus, Schor, Asmar & Darden, LLP, 1301 Connecticut Avenue, N.W., Sixth Floor, Washington, D.C. 20036.

_____
Michael A. Stover