**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Northern Division*

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 1 6 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

|  |  |  |
|---|---|---|
| **THE POOLE AND KENT** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No.:  AMD 02 CV 206** |
| | ) | |
| **McCARTHY BUILDING** | ) | |
| **COMPANIES, INC.  (f/k/a** | ) | |
| **McCarthy Brothers Co.)** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

UPON CONSIDERATION of the Consent Stipulation filed by Defendant McCarthy Building Companies, Inc. in the above-captioned matter, requesting that the deadline for filing its Reply to Plaintiff's Opposition to the Motion to Dismiss be extended to April 29, 2002, it is by and through the United States District Court for the District of Maryland this *16* day of April 2002, hereby,

ORDERED, that the Consent Stipulation is ACCEPTED and GRANTED, and it is further,

ORDERED, that the deadline for Defendant's Reply to the Plaintiff's Opposition to the Motion to Dismiss shall be April 29, 2002.

_____
Judge

