IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE POOLE AND KENT
CORPORATION,
    Plaintiff

v.  :  CIVIL NO. AMD 02-206

McCARTHY BUILDING COS., INC.,
    Defendant

THE POOLE AND KENT
CORPORATION,
    Plaintiff

v.  :  CIVIL NO. AMD 02-207

McCARTHY BUILDING COS., INC.,
    Defendant

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 22nd day of April, 2002, by the United States District Court for the District of Maryland,

    (1)    ORDERED that Defendant's Motion to Dismiss or, in the Alternative, to Stay Proceedings, Transfer Venue and Compel Alternative Dispute Resolution IS GRANTED IN PART, AND PLAINTIFF AND DEFENDANT SHALL PROCEED IMMEDIATELY AND IN COMPLETE GOOD FAITH TO COMPLETE THE ADR PROCESSES CONTAINED IN THE RELEVANT CONTRACT DOCUMENTS; and it is further ORDERED

    (2)    That THESE CASES ARE STAYED AND ADMINISTRATIVELY CLOSED FOR A PERIOD OF 120 DAYS OR UNTIL FURTHER ORDER OF THIS COURT FOR



GOOD CAUSE SHOWN; and it is further ORDERED

(3)     That the PARTIES SHALL SUBMIT A JOINT STATUS REPORT 90 DAYS FROM THE DATE OF THIS ORDER; and it is further ORDERED

(4)     That the Clerk shall TRANSMIT copies of this Order and the foregoing Memorandum to counsel of record.

_____
ANDRÉ M. DAVIS
United States District Judge